IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jeffrey Gelfand, MD,<br><br>                Plaintiff,<br><br>v.<br><br>Acumed, LLC,<br><br>                Defendant. | Case No. 21-1753-CFC |
| Jeffrey Gelfand, MD,<br><br>                Plaintiff,<br><br>v.<br><br>Arthrex Inc.,<br><br>                Defendant. | Case No. 21-1754-CFC |

**PLAINTIFF'S MOTION FOR CLAIM CONSTRUCTION**

Plaintiff respectfully requests that the Court adopt its claim construction positions as set forth in the Joint Claim Construction Chart (D.I. 31, C.A. No. 21-1753-CFC; D.I. 28, C.A. No. 21-1754-CFC).

| | |
|---|---|
| October 7, 2022 | Respectfully submitted, |
| Of Counsel: | */s/ Richard C. Weinblatt*<br>Stamatios Stamoulis (#4606) |
| Ronald M. Daignault*<br>Chandran B. Iyer | Richard C. Weinblatt (#5080)<br>STAMOULIS & WEINBLATT LLC |

1

Tedd W. VanBuskirk*
Richard Juang*
DAIGNAULT IYER LLP
8618 Westwood Center Drive,
Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
rjuang@daignaultiyer.com

*Not admitted in Virginia

800 N. West Street – Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff
Jeffrey Gelfand, MD*

2