IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY GELFAND, MD,<br>Plaintiff,<br>v.<br>ACUMED, LLC,<br>Defendants. | Case No. 21-1753-CFC<br>Jury Trial Demanded |
| JEFFREY GELFAND, MD,<br>Plaintiff,<br>v.<br>ARTHREX INC.,<br>Defendant. | Case No. 21-1754-CFC<br>Jury Trial Demanded |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, and subject to the approval of the Court, that the complaints, counterclaims, and all affirmative defenses in the above-captioned cases are hereby dismissed with prejudice, with each party to bear its own fees and costs.

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (No. 4606)
Richard C. Weinblatt (No. 5080)
Stamoulis & Weinblatt LLC
800 N. West Street – Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

OF COUNSEL

Ronald M. Daignault
Chandran B. Iyer
Richard Juang
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
rjuang@daignaultiyer.com

*Attorneys for Plaintiff Jeffrey Gelfand, MD*

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@kglates.com
megan.oconnor@klgates.com

Jason A. Engel
Devon C. Beane
Jonah B. Heemstra
K&L Gates LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Phone: (312) 372-1121
jason.engel@klgates.com
devon.beane@klgates.com
jonah.heemstra@klgates.com

*Attorneys for Defendant Acumed, LLC*

*/s/ Kelly E. Farnan*
Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square, 920 N. King St.
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: farnan@rlf.com

OF COUNSEL:

Megan S. Woodworth

Venable LLP
600 Massachusetts Ave, NW
Washington, DC 20001
Telephone: (202) 344-4507
Facsimile: (202) 344-8300
Email: MSWoodworth@venable.com

Robert E. Bugg
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 370-6241
Fax: (212) 307-5598
Email: REBugg@venable.com

*Attorneys for Defendant, Arthrex, Inc.*

SO ORDERED this 10th day of June, 2024

United States District Court Judge